UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAY HIRSHBERG,

      Plaintiff,

v.                                       Case No.:  2:20-cv-593-FtM-38MRM

LYMAN PRODUCTS
CORPORATION, RICK RANZINGER
and EDWARD WYTRYCH,

      Defendants.
_____/

## OPINION AND ORDER[1]

      Before the Court is Defendants' Motion to Transfer Action to Related First-Filed Case Pursuant to Local Rule 1.04(b), or in the Alternative, to Transfer This Action to the United States District Court for the District of Connecticut (Doc. 9).  Plaintiff Jay Hirshberg does not oppose the Motion, and his counsel submitted a proposed Agreed Order Transferring Action to the Honorable John L. Badalamenti (Doc. 12).  The parties agree this case shares a common question of fact with a first-filed case pending before Judge Badalamenti, styled *M Seven Holdings LLC v. Lyman Products Corporation*, No. 20:cv-433-JLB-NPM.  The Court finds that transfer to Judge Badalamenti will avoid duplication in the prosecution and resolution of this case.  *See* Local Rule 1.04(b).

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Defendants' Motion to Transfer Action to Related First-Filed Case Pursuant to Local Rule 1.04(b) (Doc. 9) is **GRANTED**.  The Clerk is directed to **REASSIGN** this case to the Honorable John L. Badalamenti.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of September, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record